NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DON ANGELO DAVIS,<br><br>     Plaintiff - Appellant,<br><br> v.<br><br>R HUTCHESON; MATTHEWS, Unit Housery Officer; High Desert State Prison; MARION SPEARMAN, Warden; High Desert State Prison; RALPH DIAZ, Office of the Secretary; C.D.C.R,<br><br>     Defendants - Appellees. | No. 23-2419<br><br>D.C. No. 2:20-cv-00077-DJC-DMC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Daniel J. Calabretta, District Court, Presiding

Submitted April 22, 2025[**]

Before:     GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

California state prisoner Don Angelo Davis appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging a First

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Amendment retaliation claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment for defendant Hutcheson because Davis failed to raise a genuine dispute of material fact as to whether Hutcheson took Davis's missing items from the boxes containing his personal property. *See Rhodes v. Robinson*, 408 F.3d 559, 567 (9th Cir. 2005) (setting forth elements of a First Amendment retaliation claim in the prison context); *Jones v. Williams*, 297 F.3d 930, 934 (9th Cir. 2002) (explaining that liability under § 1983 requires personal participation by the defendant in the alleged rights deprivation).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**